**DISMISS and Opinion Filed December 3, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01242-CV

### ZELDA CELESTINE, Appellant
### V.
### BW AUSTIN TRINITY, LLC, SOUTH OXFORD MANAGEMENT, LLC, AND TK ELEVATOR CORPORATION, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-16226**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

By letter dated October 30, 2024, we questioned our jurisdiction over this appeal because the notice of appeal was untimely. We directed appellant to file a letter brief addressing our concern and cautioned her that failure to do so could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). To date appellant has failed to comply and the time to do so has passed. Accordingly, we dismiss the appeal. *See id*. 42.3(a), (c).

/Robert D. Burns, III//
241242f.p05                         ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZELDA CELESTINE, Appellant

No. 05-24-01242-CV          V.

BW AUSTIN TRINITY, LLC,
SOUTH OXFORD
MANAGEMENT, LLC, AND TK
ELEVATOR CORPORATION,
Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-16226.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees BW AUSTIN TRINITY, LLC, SOUTH OXFORD MANAGEMENT, LLC, AND TK ELEVATOR CORPORATION recover their costs of this appeal from appellant ZELDA CELESTINE.

Judgment entered this 3rd day of December, 2024.